UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Settlement Conference Calendar

Honorable Thomas P. Smith, U. S. Magistrate Judge
450 Main Street
Hartford
Second Floor - Chambers Room 258

October 15, 2003

10:00 a.m.

3-03-cv-390  (DJS) Cracco v Turner & Seymour Mfg
-------------------------------------------------

SETTLEMENT CONFERENCE

COUNSEL OF RECORD:

| | |
|---|---|
| Rachel M. Baird | Law Office of Rachel M. Baird, 379 Prospect St., Torrington, CT 860-626-9991 |
| James L. Brawley | Morrison, Mahoney & Miller, LLP, One Constitution Plaza 10th Floor, Hartford, CT 860-616-4441 |
| Rosemarie T. Weber | Morrison, Mahoney & Miller, LLP, One Constitution Plaza 10th Floor, Hartford, CT 860-616-4441 |

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK

Conf. held w/ TPS - case settled