UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Cracco,
    Plaintiff

- v -                         Civil No. 3-03CV390(DJS)

Turner & Seymour Mfg.,
    Defendant

### ORDER

A settlement conference was held in this case October 15, 2003. The case has been settled. The parties shall promptly file the appropriate papers within thirty (30) days.

IT IS SO ORDERED

Dated at Hartford, Connecticut, this 15th day of October, 2003.

Thomas P. Smith
United States Magistrate Judge