UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2003 NOV 25 P 2: 24
DISTRICT COURT
HARTFORD CT

| | |
|---|---|
| MARCUS A. CRACCO, | : |
| Plaintiff, | : CIVIL NO. 3:03CV00390(DJS) |
| v. | : |
| TURNER & SEYMOUR MFG. CO., | : |
| Defendant. | : NOVEMBER 21, 2003 |

## STIPULATION OF DISMISSAL

Plaintiff Marcus A. Cracco and Defendant Turner & Seymour Manufacturing Company, by and through their undersigned counsel and pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure and Local Rule 41(b), hereby stipulate to a dismissal, with prejudice, of the above-captioned matter.

STIPULATED AND AGREED TO:

PLAINTIFF
MARCUS A. CRACCO

By: _____
Rachel M. Baird
(CT Fed. Bar No. 12131)
Law Office of Rachel M. Baird
379 Prospect St
Torrington CT 06790
Tel: (860) 626-9991

DEFENDANT
TURNER & SEYMOUR MFG. CO.

By: _____
Rosemarie T. Weber
(CT Fed. Bar No. 21770)
James L. Brawley
(CT Fed. Bar No. 17321)
Morrison, Mahoney & Miller, LLP
One Constitution Plaza 10th Floor
Hartford CT 06103
Tel: (860) 616-4441