UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MARCUS A. CRACCO          :
    Plaintiff

v.                        : CIVIL NO.: 3:03cv390(DJS)

TURNER & SEYMOUR MFG. CO. :
    Defendant

### ORDER

The parties Stipulation of Dismissal with prejudice (Doc. #27) is hereby **GRANTED.** The Clerk shall close this case.

**IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this __10th__ day of December, 2003.

         /s/DJS
         Dominic J. Squatrito
         United States District Judge

AO 72A
(Rev.8/82)